# BIVENS ACTION

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF **FLORIDA**
**MIAMI-DADE** DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED BY **MC** D.C.

JAN 23 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**STEVEN DARBY McDONALD, et al, PLAINTIFF'S,**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**CHIEF JUDGE OF THE SOUTHERN DISTRICT OF MIAMI-DADE COUNTY, JUDGE GOWE (PHONETIC), Defs, et al.**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Complaint for Violation of Civil Rights
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: **STEVEN DARBY MCDONALD**

   All other names by which you have been known: **NONE, EXCEPT CLAIMED BY THE FED. GOV. "PAPER TERRORIST."**

   ID Number: **220161667**
   Current Institution: **METRO-DADE WEST DETENTION**
   Address: **13850 N.W. 41st STREET DORAL, FLA 33178**

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: **CHIEF JUDGE OF THE SOUTHERN DISTRICT COURT, MIAMI, FLORIDA**
   Job or Title (if known): **UNHONORABLE**
   Shield Number:
   Employer: **U.S. GOVERNMENT**
   Address:

   [✓] Individual capacity    [✓] Official capacity

   Defendant No. 2
   Name: **UNKNOWN PIECE OF SHIT FEDERAL JUDGE WHO SIGNED OFF ON WARRANT FOR EXECUTION.**

   2

Job or Title (if known): "SECRET DISPOSITION MATRIX"
Shield Number: EXECUTION COURT, IN WASHINGTON,
Employer: D.C. THE FEDERAL COURT
Address: UNKNOWN.

☑ Individual capacity   ☑ Official capacity

**Defendant No. 3**

Name: ALL THE NAVY SEALS WHO ASSISTED
Job or Title (if known): IN MR. MCDONALD'S EXECUTION,
Shield Number: ATTEMPTED, UNDER THE
Employer: "DISPOSITION MATRIX"
Address: PROGRAM
UNKNOWN.

☑ Individual capacity   ☑ Official capacity

**Defendant No. 4**

Name: ALL THE "ASSETS" THE U.S.
Job or Title (if known): GOVERNMENT USED TO ACHIEVE
Shield Number: MR. MCDONALD'S DEATH UNDER
Employer: THIS PROGRAM, "CONTRACTORS"
Address: UNKNOWN

☑ Individual capacity   ☑ Official capacity.

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." *Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

✓

BIVENS ACTION.

3

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ELEVENTH, FIFTH, SIXTH

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

SIXTH, RIGHT TO JURY TRIAL FOR ALL CAPITAL AND NON CAPITAL OFFENSES. NOT A SECRETE "STAR CHAMBER" COURT. RUN BY PEDERISTS.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTIONAL SHEETS

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SINCE MY RELEASE FROM WSP IN WALLA WALLA, WA. IN AUGUST 3rd 2021.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

NOT YET. BUT SOON I SUSPECT. PROBABLY BY INJECTION TO PARTICIPATE A HEART ATTACK.

C. What date and approximate time did the events giving rise to your claim(s) occur?

SEE A. AND DETAILED STATEMENT ATTACHED. FIFTEEN PAGES.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

TRIED TO BURN ME WITH A MACHINE, REMOVE MY RIGHT EYE WITH A SUCTION MACHINE TRIED TO CUT MY CEREBELLUM FROM MY CEREBLE CORTEX, LEAVING ME WITH, AS THEY SAID, "A PEANUT BRAIN." (SEE ATTACHED 15 PAR STATEMENT) COME TO MY TRIALS. I'M TESTIFYING ALL ABOUT IT.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① Lost all my $50,000 dollars Providence Hospital gave me after the Fed Government switched my MRI with a normal MRI of a persons liver showing no cancer. Mine was full of cancer which now has matastized to my bones, lung, brain and brain stem.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Expose this program to the public so that riots will occure when they realize that the 13000 missing U.S. citizens, are not missing at all. But have been, 3/4's of them, murdered by the U.S. Government.

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No   NOT YET

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ ~~Yes~~
☐ ~~No~~
☐ ~~Do not know~~

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ ~~Yes~~
☐ ~~No~~
☐ ~~Do not know~~

If yes, which claim(s)?

_____
_____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

I FILED A BIVENS ACTION WITH TIMES, DATES AND NAMES, THAT WAS FACT-SPECIFIC, IN KEY WEST Fed. COURT. THAT CHIEF JUDGE GROWN ORDERED "SUPPRESSED AND REMOVED FROM THE RECORD." I HAVE A COPY OF IT STILL BURIED IN KEY WEST.

2. What did you claim in your grievance?

ONE INCIDENT WHERE THE GOVERNMENT TRIED TO MURDER ME.

3. What was the result, if any?

SEE ABOVE. ALSO, I BOUGHT A CELL PHONE AND TOOK PICTURES OF IT. AND PUT IT ON THE INTERNET. SO THE OTHERS CAN SEE IT.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

JUDGE GROWN (PHONETIC) REMOVED IT. SEE ATTACHED 15 PAGES. FILED IN SEPERATE ENVELOPES. ALSO, I DELIBERATELY MADE THE U.S. MARSHALL ARREST ME THERE. I GOT A COPY OF THE A-FORM THAT SAYS WHAT I DID, BURRIED WITH MY SUIT ASSHOLES!

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    THERE IS NO GRIEVANCE PROCESS.

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    SEE SUPRA.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    I AM TERMINALLY ILL. AND HAVE LESS THAN 4 MONTHS TO LIVE. ACCORDING TO THE U of M. CANCER CENTER. DR TIPPY-WITHOUT AGGRESSIVE CHEMO AND RADIATION AND CANCER DIET AND PAIN MEDS. NONE OF WHICH I'M RECEIVING NOW.

    (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes    I'M PROCEEDING UNDER THE EMERGENCY
☐ No     MEDICAL EXCEPTION: IMMINENT DEATH
         BY THIS SQUAD OF WACKO'S. WHO HAVE
         EXECUTED THOUSANDS AND THOUSANDS OF
         HUMAN BEINGS WHO EXPOSED US WRONGDOINGS

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. _U.S Southern DISTRICT. THE CHIEF Judge. I Went To The 6/ast Building And A clerk told me Before she Re cowed A Call telling her Not to do so._

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _STEVEN DARBY McDONALD_
   Defendant(s) _MERRIT GARLAND, TRAITOR, TO The U.S. Constitution - And Government._

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _Southern, IN key West, FLA._

3. Docket or index number
   _CAN't Remember, BUT IT IS ON The paper._

4. Name of Judge assigned to your case
   _THE original ONE Bailed - got scared to Learn WHAT His colleges were Really doing Behind everybodies Back!_

5. Approximate date of filing lawsuit
   _October 4, 2022_

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. _Suppressed, Docket # Quashed By chief Judge Brown or Prown In Miami! A Coward._

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Hidden from public view so He could maintain His facade of respectability. And not bedragged from the bench and hung by the neck until dead for violating the sixth amendment and murdering thousands of US citizens without a jury trial. But those days will be coming. You coward. Instead

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Can't remember. Google

   Defendant(s) my name, or see my web site at: STEVENDARBYMCDONALD·Net.

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Google my name. See my site. The Chinese government showed it to their entire country. And I'm [glad] that they learned the truth

3. Docket or index number about this shit-hole fake-ass country. Full of puppets, who in an attempt to hide there collusion

4. Name of Judge assigned to your case behind a facade of respectibility,

5. Approximate date of filing lawsuit masquerade in black capes!

6. Is the case still pending?

   ☐ Yes
   ☑ No   He made sure of it

11

If no, give the approximate date of disposition. November AT The End When I sent may current address of Chmilieus House

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

AND This Coward Gave It To The Disposition Squadell to come And Execute me

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/6/2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Steven Robyn McDonald
Prison Identification #: 2016667
Prison Address: 800 house MetroWest

_____  _____  _____
City               State           Zip Code

B. **For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney  _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

12

STEVEN DARA MOON WHITE 216166
METROWEST DETENTION FACILITY
13850 N.W. 12th AVE
DORAL, FLORIDA
33178

MIAMI FL 330
18 JAN 2023 PM 4 L

Legal Mail

CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA AT MIAMI
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA
33128-7716